In re: Oscar Lee SYKES, Petitioner.

No. 06–6672.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.

Decided May 24, 2006.

Oscar Lee Sykes, Petitioner Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Oscar Lee Sykes petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for a temporary restraining order and cross-motion for summary judgment. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*